UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PINNACLE MADISON AVENUE CORPORATION,

                      Petitioner,

-v-                                                    CIVIL ACTION NO.: 22 Civ. 3841 (AT) (SLC)

                                                               **ORDER**

ITALIAN TRADE AGENCY (ITA), an agency of the
Republic of Italy,

                      Respondent.

**SARAH L. CAVE,** United States Magistrate Judge.

On June 28, 2022, Petitioner Madison Avenue Corporation ("Madison") filed a letter-motion to the Court seeking clarification regarding the deadline of Respondent's sur-reply. (ECF No. 24). On June 27, 2022, the Court granted Respondent Italian Trade Agency's ("ITA") letter-motion seeking a twenty-one (21) day extension to file a sur-reply. (ECF No. 23). The Court granted that extension with an understanding that it would apply from June 21, 2022, the date Madison filed its Answer to Respondent's Counterclaims. (ECF No. 20). Accordingly, ITA shall file its sur-reply by **Tuesday, July 12, 2022**.

Dated:      New York, New York
              June 29, 2022

                                                      SO ORDERED.

                                                      _____
                                                      **SARAH L. CAVE**
                                                      **United States Magistrate Judge**