```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PINNACLE MADISON AVENUE CORPORATION,

                Petitioner,

-against-

ITALIAN TRADE AGENCY (ITA), an agency of the REPUBLIC OF ITALY,

                Repondent.

22 Civ. 3841 (AT) (SLC)

**AMENDED ORDER OF REFERENCE TO A <u>MAGISTRATE JUDGE</u>**

ANALISA TORRES, District Judge:

    The above-entitled action is referred to the Honorable Sarah L. Cave for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute _____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☒ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: Petition, ECF No. 1-2. |

SO ORDERED.

Dated: August 4, 2022
       New York, New York

                                                  ANALISA TORRES
                                                 United States District Judge