

May 16, 2025

The Honorable Analisa Torres
The United States District Court for the
Southern District of New York
Daniel Patrick Moynihan - United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**VIA ECF**

**Re: Pinnacle Madison Avenue Corporation v. Italian Trade Agency, 22-cv-3841 –**

Honorable Judge Torres:

      We represent the Italian Trade Agency ("ITA"), an agency of the Italian Republic ("Respondent"), in the above referenced action against Pinnacle Madison Avenue Corporation ("Petitioner") and write in response to counsel's May 16, 2025 letter submitted to the Court at 12:30 PM
      Unfortunately and once again, Petitioner has mischaracterized Respondent's communication. On May 9, 2025, Respondent reiterated what has been already stated since April 14, 2025. Currently the ITA premises are used for high-level events and will be used for such events until the first week of June (one of these events is running this week: https://italyonmadison.nyc until May 20, 2025.)

      Petitioner falsely stated that Respondent refused to have a meeting. On the contrary, Responded stated in its May 9, 2025 letter that because of these events and because of the need to coordinate with ITA's personnel, a conference call meeting should take place on June 9, 2025 so that – after the conclusion of these high-level events – the precise location of the placement of the vibration sensors will be decided exclusively by ITA's technical personnel (architects and engineers), because the vibration machine must be under ITA's exclusive control and supervision. ITA's premises have been already damaged by Petitioner's negligence actions.

      We also note that counsel's concern about Respondent's response to his May 15 letter requesting input from Respondent for what the Court has ordered to be presented as a joint letter on May 20 no later than May 16 is wholly unwarranted. Respondent shall comply with the Court's order requiring a joint letter but there was no legitimate reason for Petitioner to demand input form Respondent on a schedule it unilaterally proclaimed.



Moreover, Respondent filed a new action in the New York Supreme Court (156084/2025), in which, among other things, it seeks injunctive relief to stop Petitioner from conducting any works.

Respectfully submitted,

*/s/ Luca CM Melchionna*
Luca CM Melchionna, Esq.

437 Madison Avenue, 24 Floor, New York, NY 10022 – info@melchionnalaw.com Tel. 212-344-7776