```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PINNACLE MADISON AVENUE
CORPORATION,

                Petitioner,

-against-

ITALIAN TRADE AGENCY (ITA), an agency
of the REPUBLIC OF ITALY,

                Respondent.

22 Civ. 3841 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Counsel for all parties and the parties' principals shall appear before the undersigned for a status conference on **June 2, 2025**, at **3:00 p.m.** in the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: May 19, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge