UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------

| | | |
|---|---|---|
| PINNACLE MADISON AVENUE CORPORATION, | : | Index 1:22-cv-3841-AT-SLC |
| Petitioner, | : | |
| Counterclaim-Defendant, | | |
| v. | : | NOTICE OF MOTION |
| ITALIAN TRADE AGENCY, | : | |
| Respondent, | : | |
| Counterclaim-Plaintiff. | | |

------------------------------

Please take notice that the Respondent, Counterclaim-Plaintiff ITALIAN TRADE AGENCY hereby appeals to the United States Court of Appeals for the Second Circuit from the Order (Docket No. 46) entered in this action on February 3, 2025 and from the Order (Docket No. 54) entered in this action on May 5, 2025. This appeal is taken from the entirety of the Orders, along with each and every part thereof.

Dated: May 20, 2025
       New York, New York

Respectfully submitted,

By: _____
Luca CM Melchionna, Esq.

Melchionna PLLC
437 Madison Avenue, 24th Floor
New York NY 10022
Tel: 646-595-8230
lcmm@melchionnalaw.com

*Attorneys for Respondent, Counter-Claimant, Italian Trade Agency*