UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PINNACLE MADISON AVENUE
CORPORATION,

                          Petitioner,

            -against-

ITALIAN TRADE AGENCY (ITA), an agency
of the REPUBLIC OF ITALY,

                          Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    5/28/2025

22 Civ. 3841 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Petitioner, Pinnacle Madison Avenue Corporation ("Pinnacle"), brings this petition (the "Petition") seeking access to property owned by Respondent, Italian Trade Agency ("ITA"), under Section 881 of the New York Real Property Actions and Proceedings Law. *See generally* Pet., ECF No. 1-2. By order dated February 3, 2025, the Court adopted the report authored by the Honorable Sarah L. Cave and granted the Petition. R&R, ECF No. 29; Order, ECF No. 46. On May 5, 2025, the Court denied ITA's motion for reconsideration of the Court's order. ECF No. 54.

On May 20, 2025, ITA appealed from the Court's February 3 and May 5 orders. ECF No. 60. ITA now moves for a stay of the orders pending the Second Circuit's decision on the appeal. ECF Nos. 61–62, 64. Accordingly:

1. By **June 30, 2025**, Pinnacle shall respond to ITA's motion;
2. By **July 21, 2025**, ITA shall file its reply, if any; and
3. ITA's request for oral argument on the motion is DENIED.

The February 3 order is temporarily stayed pending the Court's resolution of ITA's motion. The status conference scheduled for June 2, 2025, is ADJOURNED *sine die*.

SO ORDERED.

Dated: May 28, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge