UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PINNACLE MADISON AVENUE CORPORATION,

Petitioner,

-against-

ITALIAN TRADE AGENCY (ITA), an agency of the
REPUBLIC OF ITALY,

Respondent.

Case No.: 1:22-cv-3841-AT-SLC

**STIPULATION OF
SUBSTITUTION OF COUNSEL
AND PROPOSED ORDER**

IT IS HEREBY STIPULATED AND AGREED that the law firm of Paul, Weiss,

Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-

6064 will be and hereby is substituted for Seyfarth Shaw LLP, 620 8th Avenue New York, New

York 10018-1732, as counsel of record for petitioner Pinnacle Madison Avenue Corporation in

the above-captioned action.

Dated: October 2, 2025
       New York, New York

SEYFARTH SHAW LLP

By: /s/    Eddy Salcedo
           Eddy Salcedo

Eddy Salcedo
Gershon Akerman
620 8th Avenue
New York, New York 100018-1427
(212) 218-5500

The Clerk of the Court is respectfully directed to replace Seyfarth Shaw LLP with Paul, Weiss, Rikfind, Wharton & Garrison LLP as counsel of record for Petitioner Pinnacle Madison Avenue Corporation and terminate Seyfarth Shaw LLP as counsel in this case.

SO ORDERED    10/6/25

SARAH L. CAVE
United States Magistrate Judge

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/
Roberto Finzi

Roberto Finzi
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000